FILED
JAN 13 2011
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:11cr07-MHT |
| v. ) | |
| ) | [Count 1: 31 U.S.C. § 5324(a)(3)] |
| PATRICIA ERVIN ) | |
| ) | |
| Defendant ) | **INDICTMENT** |

The Grand Jury charges that:

## INTRODUCTION

At all times relevant to this Indictment:

1. Defendant PATRICIA ERVIN resided in Dothan, Alabama, within the Middle District of Alabama.

2. Defendant PATRICIA ERVIN and her husband owned and managed Southern Realty, LLC. Southern Realty, LLC is a property management company that is located in Dothan, Alabama. Southern Realty, LLC received substantial amounts of rental income in cash every month.

3. Defendant PATRICIA ERVIN has not filed a federal income tax return since at least 2004.

4. Title 31, United States Code, Section 5313 and the regulations promulgated thereunder require any financial institution that engages in a currency transaction (*e.g.*, a deposit or withdrawal) in excess of $10,000 with a customer to report the transaction to the United States Department of the Treasury by filing a Currency Transaction Report ("CTR"). Structuring cash deposits to avoid triggering the filing of a CTR by a financial institution is prohibited by Title 31, United States Code, Section 5324(a).

## COUNT ONE
(Structuring Transactions to Avoid Reporting Requirements)

1.  The factual allegations contained in Paragraphs 1, 2, 3, and 4 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.  From on or about February 3, 2006 through on or about February 10, 2006, as set forth below, in Houston County, in the Middle District of Alabama, defendant PATRICIA ERVIN did knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure, assist in structuring, and attempt to structure a transaction with a domestic financial institution, to wit, MidSouth Bank in Dothan, Alabama. During that time period, PATRICIA ERVIN made, and caused to be made, cash deposits totaling $39,513 in individual amounts of $10,000 or less to avoid the filing of a Currency Transaction Report:

| Paragraph | Date of Deposit | Deposit Amount |
|---|---|---|
| 3. | February 3, 2006 | $9,970 |
| 4. | February 6, 2006 | $9,847 |
| 5. | February 8, 2006 | $9,813 |
| 6. | February 10, 2006 | $9,883 |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of Federal Regulations, Section 103.22.

A TRUE BILL:

*Dussie Jackson*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Brent Woodall*
Brent Woodall
Assistant United States Attorney

*[signature]*
Michael Boteler
Justin K. Gelfand
Trial Attorneys
United States Department of Justice
Tax Division