IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:11cr007-MHT |
| | ) | (WO) |
| PATRICIA ERVIN | ) | |

**ORDER**

The magistrate judge entered a recommendation (doc. #93) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation (doc. #93) of the magistrate judge is adopted and that defendant Patricia Ervin's motion to dismiss indictment (doc. #35) is denied.

DONE, this 27th day of June, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE