IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| v.                          ) | CRIMINAL ACTION NO. |
| )  | 1:11cr7-MHT |
| MONTY ERVIN and             ) | (WO) |
| PATRICIA ERVIN              ) | |

<u>ORDER</u>

It is ORDERED that defendants Monty Ervin's and Patricia Ervin's motions in limine (doc. nos. 84, 86, 157, 158, 164, and 165) are granted in part and denied in part as stated in open court on October 25, 2011.

Furthermore, based on defense counsel's request to withdraw, made in open court on October 25, 2011, it is ORDERED that defendant Monty Ervin's motion to exclude evidence of acts falling outside the limitations period (doc. no. 162) is withdrawn.

DONE, this the 28th day of October, 2011.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE