IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:11cr07-MHT** |
| | ) | **(WO)** |
| **PATRICIA ERVIN** | ) | |

### ORDER

Upon consideration of defendant Patricia Ervin's petition for early termination of probation, which the government does not oppose, and of the recommendation of the probation officer that defendant Ervin's remaining term of probation be terminated due to her successful compliance with all requirements of her probation, including payment of all restitution, it is ORDERED that the petition for early termination of probation (doc. no. 305) is granted,; that defendant Patricia Ervin's probation is terminated; and that defendant Ervin is discharged.

DONE, this the 11th day of April, 2016.

                                                   /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**